1 | MICHAEL COSENTINO, ESQ., State Bar No. 83253
Attorney at Law
2 | P.O. Box 129
Alameda, CA 94501
3 | Telephone: (510) 523-4702

4 | Attorney for Plaintiff
United States of America

FILED
08 JUN 25 PM 5:03

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

SLM

| UNITED STATES OF AMERICA, | Case No. 08 3088 |
|---|---|
| Plaintiff, | |
| v. | COMPLAINT (Student Loan\Debt Collection Case) |
| JAMES S. SAMPSON, | |
| Defendant(s). | |

Plaintiff, through its attorney, alleges:

1. <u>Jurisdiction:</u> The Court has jurisdiction of this action under 28 U.S.C. Section 1345.

2. Defendant resides in the Northern District of California.

3. Defendant owes plaintiff $750.00, plus additional interest according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit A.

WHEREFORE, plaintiff demands judgment against defendant for the sum of $750.00, additional interest to the date of judgment, attorney's fees in the amount of 33.33% of the debt, and court costs.

Date: June 23, 2008

LAW OFFICE OF MICHAEL COSENTINO
By: MICHAEL COSENTINO
Attorney for the Plaintiff
United States of America

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

        JAMES S. SAMPSON
AKA:  N/A
        4792 DAVENPORT AVE.
        OAKLAND, CA. 94619

SSN:       7809

Total debt due United States as of 10/02/97 :   $ 1,862.08

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $ 750.00 from 10/02/97 at the annual rate of 7.00 percent. Interest accrues on the principal amount of this debt at a rate of $ 0.14 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 02-06-75, the debtor executed promissory note(s) to secure the loan(s) from BANK OF AMERICA, N.T. & S.A., SAN FRANCISCO, CALIFORNIA, under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s) and on 03-20-78 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $ 0.00 thereby increasing the principal balance due to $ 750.00.

After application of the last voluntary payment of $0.00 which was received on N/A the debtor now owes the following :
    Principal:                                          $     750.00
    Interest:                                            $  1,025.08
    Administrative/ Collection Costs:      $      87.00
    Penalties:                                       $       0.00

CERTIFICATION: Pursuant to 28 U.S.C. Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____10/7/97_____                                    _____
     (Date)                                           Loan Analyst-Litigation Branch